**EXHIBIT 4:**

FBI Form 302, Memorandum prepared by FBI SA TIM GANNON, dated 12/18/2012 re: record review of 1208 classified documents at SOCCENT

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  12/18/2012

Special Agent (SA) Timothy G. Gannon, Federal Bureau of Investigation; SA Mike McComas, Special Inspector General Afghanistan Reconstruction; and SA Jason Sargenski, Defense Criminal Investigative Service met with representatives of the Special Operations Command, Central Command (SOCCENT) to begin a review of classified documents created in Afghanistan to support expenditures of "1208" funds. Main points of contact were Lieutenant Commander Jeffrey Transtrom, United States Navy, Staff Judge Advocate Corps and Master Sergeant Peyton Donald, United States Army.

Records were reviewed in order to establish funding levels and expenditures for two particular Paying Agents (PA); ROBERT FARMER and BARRY WALLS who were deployed to Afghanistan for periods in 2008, 2009 and 2010. Among the documents reviewed were Appointment Orders, available DD 1081s, vouchers and receipts. Records were reviewed and set aside to be further reviewed by SOCCENT for possible declassification so that they can be used in court proceedings.

| | |
|---|---|
| Investigation on | 12/13/2012 at MacDill Air Force Base, Florida, United States (In Person) |
| File # | 345-CE-95813                              Date drafted  12/18/2012 |
| by | Timothy G. Gannon |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.