IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-CR-128-2H2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM TODD CHAMBERLAIN | ) |

ORDER

This case came before the undersigned for hearing on pretrial motions filed by the Defendant at the Court's June 4, 2015, session at Greenville. The Defendant presented exhibits and argument regarding discovery requested; the Government presented evidence and argument. The Court continued the hearing pending the gathering of further information material to the issues presented for decision.

The Court directs the United States to present to the Court, on or before June 16, 2015, the following documents, all related to a single expenditure of Department of Defense 1208 funds by the Defendant during the Defendant's deployment to Forward Operating Base Fenty from July 9, 2009, to January 26, 2010:

1. One example of a "Contact Report" (also known as an "Operational Report") submitted by the Defendant and redacted according to Department of Defense regulations governing classified material. Of particular importance to the instant case are the date of the transaction, time and date stamps on the report that reflect the creation and modification of the report, and the amount of funds spent on that transaction.

1

2. All Receipts associated with the Contact Report from the same 1208 transaction, redacted according to Department of Defense regulations governing classified material. Of particular importance to the instant case are handwritten entries on the Receipt, identifying the number of the payor, the date, and the amount paid on that transaction.

3. The Form LF-44 which reflects the information included for the same transaction as the Contact Report and Receipt(s) produced, redacted according to Department of Defense regulations governing classified material.

So ordered, this the 9th day of June 2015.

                                              KIMBERLY A. SWANK
                                              United States Magistrate Judge