# EXHIBIT 2

# Example of Contact Report with last three digits redacted

## Classification and Record Management

| Field | Value |
|---|---|
| Title: | 855730 |
| Report Number: | 855730 — *This is the report sequence number we are requesting.* |
| Case Number: | |
| Record Creator: | |
| Classification: | |
| Caveats: | |
| Release To: | |
| Record Classified By: | |
| Declassify On (YYYYMMDD): | |
| Exemption: | |
| Record Type: | |
| Record Status: | |
| Created (YYYYMMDD): | 20090805153718 |
| Modified (YYYYMMDD): | 20090830101318 |
| POC Phone Number | |
| Point of Contact | |
| Date/Time Group | |
| References | |
| Location: | |
| Unit: | |

DEFENDANT'S EXHIBIT