# Exhibit 20

## Telephone Interview with Barry Walls conducted by SA Gannon (FBI) on October 9, 2015


Date of entry     10/13/2015

　　BARRY WALLS was telephonically contacted to follow up on information concerning 1208 funds issued to him in Afghanistan during his 2009-10 deployment. WALLS provided the following information:

　　DERIC HARPER did pick up 1208 funds for the team at Bagram. Prior to picking up the funds, WALLS made coordination with the finance office to allow HARPER to pick up the funds and bring them back to WALLS. WALLS could not recall how many times HARPER had picked up 1208 money but knew that it was more than once. When HARPER returned to their base, HARPER signed over the 1208 funds to WALLS and WALLS notified finance that he had received the funds. WALLS believed that the exchange was documented so as to clear HARPER of the funds and shift the accountability to WALLS.

　　As to the original receipts used with the 1208, WALLS scanned the original receipts into the computer system as part of the LF-44. The original receipts were maintained throughout the deployment until the last couple of weeks when WALLS destroyed all of the receipts at one time by shredding and/or burning them. The receipts were destroyed as they were no longer needed and had been transferred to the electronic system.

| | |
|---|---|
| Investigation on  10/09/2015  at  Raleigh, North Carolina, United States (Phone) | |
| File #  345-CE-95813 | Date drafted  10/13/2015 |
| by  Timothy G. Gannon | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

BARRY WALLS - 402