IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIAM TODD CHAMBERLAIN, ) | |
| Defendant. ) | |

This matter is before the court on various pretrial motions filed by Defendant [DE #44, 45, 46, 47, 50, 51, 93, 94, 95 & 96], the motions having been referred to the undersigned for disposition pursuant to 28 U.S.C. § 636(b)(1)(A). The parties have fully briefed the issues, and a hearing was held on January 27, 2016, at which Defendant was present and represented by Thomas Manning and the government was represented by Assistant United States Attorney Susan Menzer. Lieutenant Commander Russell Lannutti participated by telephone and provided information to the court regarding efforts made to locate documents requested by Defendant. The court heard the arguments of counsel and announced its ruling on the aforesaid motions. For the reasons stated in open court, which are incorporated herein by reference, the court enters the following orders:

1. The government shall produce to Defendant copies of the following contact reports:

    a. 7324-08-028
    b. 832982-165
    c. 832982-168
    d. 855730-037
    e. 855730-038
    f. 855730-039

In the event the government locates any contact reports not previously disclosed to Defendant which are believed to have been prepared by or submitted using Defendant's ID, the government shall promptly produce those documents to Defendant. Production of any contact reports shall be made in the same format as contact reports previously provided to Defendant.

2. Defendant's request for financial records concerning the predecessor and successor teams is DENIED, subject to the following exception. Upon the court's further reflection of the parties' arguments made at the hearing of this matter, the court orders the government to provide to Defendant the following contact reports submitted by members of predecessor or successor teams:

a. 7324-08-025
b. 832982-150
c. 832982-169
d. 4968-07-013
e. 4968-07-020
f. 7359-08-022
g. 7359-08-046

Production of these records shall be made in the same format as contact reports previously provided to Defendant.

3. Defendant's request for receipts or other financial documents concerning the alleged purchase of a vehicle using NAV funds is DENIED in light of the government's representation that no such documents exist. In the event any such documents are subsequently located, the government shall promptly produce them to Defendant.

4. Defendant's request for further information or documentation concerning the government's calculation of the loss amount is DENIED.

5. Defendant's request for security clearance is DENIED WITHOUT PREJUDICE. On or before February 11, 2016, Defendant may file a renewed motion showing a more particularized need for such clearance.

6. Except as otherwise ordered herein, Defendant's pretrial motions [DE #44, 45, 46, 47, 50, 51, 93, 94, 95 & 96] are DENIED.

This 28th day of January 2016.

_____
KIMBERLY A. SWANK
United States Magistrate Judge