IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-CR-128-2H2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| versus | ) |
| | ) |
| WILLIAM TODD CHAMBERLAIN | ) |

### ORDER SETTING TIME FOR FILING OF MEMORANDA RELATING TO APPEAL FROM MAGISTRATE JUDGE'S ORDER [DOCUMENT 117] FILED JANUARY 28, 2016

Defendant has appealed the Order [DOC 117] of the Magistrate Judge denying certain pretrial motions filed by the defendant.

For good cause shown, the Court hereby sets the following for the filing of Memoranda by the Defendant and the United States relating to the matters appealed

The Defendant shall file his memorandum or memoranda on or before **MARCH 7, 2016.**

The United States shall file its reply/response memorandum or memoranda on or before **MARCH 29, 2016.**

The time occasioned by the granting of the motion shall be excluded from the provisions of the Speedy Trial Act, 18. U.S.C. 3161, *et seq.*

SO ORDERED, this the 4th day of February, 2015.

Malcolm J. Howard
Senior United States District Judge