IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| WILLIAM TODD CHAMBERLAIN, | ) | |
| | ) | |
| Defendant. | ) | |

In response to this court's January 28, 2016 order, Defendant submitted a memorandum [DE #123] on February 10, 2016, in which Defendant requests that the government be required to provide counsel with security clearance in order to defend the charges against Defendant. The court construes Defendant's filing as a renewed motion for security clearance, the court having denied without prejudice Defendant's prior motion seeking such relief. (*See* Order at DE #117.) The government is ORDERED to respond to Defendant's motion on or before February 29, 2016.

This 12th day of February 2016.

KIMBERLY A. SWANK
ited States Magistrate Judge