IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-128-2H

UNITED STATES OF AMERICA,      )
                               )
      v.                       )
                               )
WILLIAM TODD CHAMBERLAIN,      )          **ORDER**
      Defendant.               )

On March 7, 2016, defendant filed a motion to dismiss and incorporated memorandum of law. Due to the nature of the contents of the memorandum as well as the exhibit attached thereto, the undersigned has directed the clerk to temporarily seal the motion, incorporated memorandum, and exhibit.

The defendant and the government are hereby directed to file a notice with the court within 14 days of the date of filing of this order as to whether they believe the documents should remain sealed and the legal reasons therefor. If the parties agree as to this issue, they may file a joint notice with the court.

This __9th__ day of March 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26