IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-128-2-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| WILLIAM TODD CHAMBERLAIN, | ) |
| Defendant. | ) |

This matter is before the court on defendant's appeal of an order denying Brady and discovery requests with limited exceptions issued by United States Magistrate Judge Kimberly A. Swank on January 28, 2016. [D.E. #117].

The court has carefully reviewed the Magistrate Judge's order, briefs submitted by the parties, and other documents of record in this matter. Finding the order neither clearly erroneous nor contrary to law, see 28 U.S.C. § 636(b)(1)(A) (Reconsideration permitted only upon a showing that the magistrate judge's order is "clearly erroneous or contrary to law"), it is hereby AFFIRMED.

This 6th day of April 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34