IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-128-2H2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| WILLIAM TODD CHAMBERLAIN | ) | |

Upon motion of the United States, it is hereby ORDERED that Debra M. Guerrero-Randall is appointed as the primary classified information security officer and Daniel O. Hartenstine, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and W. Scooter Slade are appointed as alternate classified information security officers.

This the 27TH day of MAY, 2016.

_____
HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE