IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-128-2-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| WILLIAM TODD CHAMBERLAIN, ) | |
| Defendant. ) | |

This matter is before the court on defendant's renewed motion for security clearance. [D.E. #123]. In response to defendant's motion, the court entered an order appointing Debra M. Guerrero-Randall as the primary classified information security officer. After review of the record, consult with Ms. Guerrero-Randall, and with the consent of the defendant, the court finds that an in camera hearing with only the defendant and Ms. Guerrero-Randall is appropriate to receive a proffer from the defendant.

Before this in camera hearing, defendant and Ms. Guerrero-Randall must be read onto the relevant Special Access Program ("SAP"). Therefore, the government is directed to facilitate the process to have defendant and Ms. Guerrero-Randall read onto the relevant SAP for the purposes of this in camera hearing. The court will schedule this in camera hearing as soon as possible after receiving notice that the defendant and Ms. Guerrero-Randall have been read onto the relevant SAP.

Additionally for purposes of judicial efficiency and to prevent unwarranted delays, the government is directed to immediately begin background investigations to have appropriate security clearances provided for defendant's counsels and necessary court personnel.

This 1st day of June 2016.

*[signature]*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34