IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-128-2H

UNITED STATES OF AMERICA, )
)
v. )
) **ORDER**
WILLIAM TODD CHAMBERLAIN, )
    Defendant. )

This matter is before the court on pending pretrial motions filed by defendant. The court hereby schedules a classified hearing in this matter on Thursday, April 13, 2017, at 9 a.m. at the United States Courthouse in Greenville, North Carolina. Counsel should be prepared to address all pending motions at this time.

This matter was previously scheduled for trial at this court's March 7, 2017, term. Due to continuing discovery and pretrial motions in this case, this matter is hereby scheduled for jury selection and trial to commence at 10:00 a.m. on Monday, August 14, 2017, at the United States Courthouse in Greenville, North Carolina. Counsel shall appear in chambers at 9:30 a.m. on August 14, 2017, with their proposed witness lists, which shall specifically identify the names and cities of residence of each

witness. Counsel shall submit any proposed voir dire and requests for jury instructions no later than August 2, 2017. Estimated trial time is seven days.

Any delay that results from this continuance of defendant's trial is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 14th day of March 2017.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26