IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-CR-128-2H

UNITED STATES OF AMERICA   )
                                  )
     v.                        )
                                  )
WILLIAM TODD CHAMBERLAIN   )

## ORDER TO SEAL

For good cause shown, the Clerk is directed to place
D.E. 221 under the Seal of the court.

This 27th day of March 2017.

_____
Malcolm J. Howard
United States Senior District Judge