IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | ORDER |
| WILLIAM TODD CHAMBERLAIN, Defendant. | ) | |

This matter is before the court following a closed status conference held on Thursday, April 13, 2017 at the United States Courthouse in Greenville, North Carolina. The parties have agreed that a motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") may be necessary to complete discovery in this matter. Therefore, the court orders that the government file any necessary motion pursuant to Section 4 of CIPA no later than May 22, 2017. This motion shall be filed in accordance with CIPA in consultation with the Classified Information Security Officer.

This matter remains scheduled for trial to commence August 14, 2017.

This 13TH day of April 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26