IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

UNITED STATES OF AMERICA,         )
                                  )
    v.                            )
                                  )         **ORDER**
WILLIAM TODD CHAMBERLAIN,         )
    Defendant.                    )


This court previously ordered that the government file any necessary motion pursuant to Section 4 of CIPA no later than May 22, 2017, and that this motion shall be filed in accordance with CIPA in consultation with the Classified Information Security Officer. That deadline was recently extended to June 5, 2017. In order to assist the court in determining whether the information in Section IV will be useful and beneficial to the defendant's theory of the case, the court orders defendant to file no later than June 5, 2017, an ex parte motion detailing defendant's theory of the case and why any classified information that may be excluded should be provided to them. Defense counsel is directed to be as detailed as possible in this ex parte filing so the court may properly determine what classified information, if any, is beneficial to the defendant's case in order to provide defendant

with a fair trial. The motion shall be filed in accordance with the protective orders already in place in this matter.

This matter remains scheduled for trial to commence August 14, 2017.

This 22nd day of May 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26