IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-128-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILLIAM TODD CHAMBERLAIN, | ) | |
| Defendant. | ) | |

**UNCLASSIFIED PROTECTIVE ORDER PURSUANT TO CIPA SECTION 4
AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**

Having reviewed the Government's Motion for a Protective Order Pursuant to CIPA Section 4 and Federal Rule of Criminal Procedure 16(d)(1), it is hereby ORDERED.

1. The Government's Motion is granted and the materials at issue in that Motion need not be produced to the defense; and

2. The entire text of the Government's Motion and the accompanying exhibits shall not be disclosed to the defense and shall be sealed and preserved in the court's records to be made available for any future review of these proceedings.

3. The discovery at issue shall be produced in the form noted in the protective order to defense counsel no later than July 10, 2017.

4. Working copies of these documents shall be returned to the court by July 15, 2017.

This 22nd day of June 2017.

*Malcolm J. Howard*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26