IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| WILLIAM TODD CHAMBERLAIN, ) | |
| Defendant. ) | |

This matter is before the court on Defendant's CIPA Section 5 Notice as well as Defendant's Supplemental CIPS Section 5 Notice. In light of these motions, the court finds it necessary to continue the trial in this matter to a date to be later set by the court.

Any delay that results from this continuance of defendant's trial is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Furthermore, the court hereby schedules a status conference and hearing on any pending CIPA Notices and other motions for Tuesday, October 31, 2017 at 10:00 a.m. at the United States Courthouse in Greenville, North Carolina.

This 3rd day of October 2017.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26