IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| WILLIAM TODD CHAMBERLAIN, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion for a Copy of National Humint Management Directive filed with the Classified Information Security Officer [DE #219]. The court has carefully reviewed this motion and finds defendant fails to show how it would be relevant and useful to his defense. For lack of good cause, the motion [DE #219] is DENIED.

Also before the court is defendant's Motion for a classified trial [DE #211]. This motion was filed prematurely and as the court now has before it for consideration other filings which render this motion moot, the court directs the clerk to terminate as moot the motion at DE #211.

This 8TH day of November 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26