IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-CR-128-2H2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| versus | ) |
| | ) |
| WILLIAM TODD CHAMBERLAIN | ) |

### SEALING ORDER

For good cause shown, the Defendant's Motion to Seal DEFENDANT'S HEARING MEMORANDUM is hereby ALLOWED.

This, the 9TH day of November, 2017.

_____
Malcolm J. Howard
United States Senior District Judge