IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

UNITED STATES OF AMERICA,

v.

WILLIAM TODD CHAMBERLAIN,
    Defendant.

**ORDER**

Following the classified hearing held on November 9, 2017, the court enters the following written order to memorialize the time limits set forth at the hearing. The defendant is directed to file an Amended Notice under Section 5 of the Classified Information Procedure Act within 30 days of the date of filing of this order. The government shall have 10 days from the date of filing of the Section 5 filing to respond.

This 9TH day of November 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26