IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| WILLIAM TODD CHAMBERLAIN, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion to extend time to file CIPA Section Five Material. In light of the superseding indictment in this matter, the court implements the following deadlines:

(1) Defendant shall have until **Tuesday, January 16, 2018,** to file the Amended Notice under Section 5 of the Classified Information Procedure Act. The government shall have 14 days from the date of filing of the Section 5 filing to respond.

(2) In light of defendant's specific request to file motions relating to the superseding indictment, any such motions shall be filed no later than **January 3, 2018**. Responses to motions shall be filed no later than **January 17, 2018.**

(3) Arraignment on the superseding indictment is hereby scheduled for the court's **February 6, 2018** term of court. It is further ordered that any delay that results from this scheduling is excluded from the Speedy Trial Act

computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by this scheduling outweigh the best interest of the public and the defendant in a speedy trial.

This 6th day of December 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26