IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-128-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIAM TODD CHAMBERLAIN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion requesting cleared counsel to be read-on in this case. The government has not responded.

Defendant seeks a security clearance and access to confidential information in this matter for a third attorney, William C. Pruden. While defendant asks this court to have cleared counsel read-on, the court understands from information provided to defense counsel and the court from the Security Specialist at the Litigation Security Group weeks prior to the filing of this motion that Mr. Pruden does not have an active security clearance and would have to go through the approximately four month long process to obtain such a clearance.

While defendant maintains that this clearance is needed because another attorney is retiring, there is no indication when such retirement is taking place or why the addition of a third attorney is necessary at this stage of the proceeding.

For failure to show good cause, the motion is DENIED WITHOUT PREJUIDCE.

This 3rd day of April 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26