IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| WILLIAM TODD CHAMBERLAIN, ) | |
|     Defendant. ) | |

The court hereby directs the government to provide to the court for its review a copy of all classified documents, not previously provided to the court, that are in the possession of both the government and the defendant and that defendant lists in his Section 5 Notice of Intention to Disclose filed January 16, 2018 [DE #310]. Counsel for the government may confer with the court to determine the best method of production.

This 7th day of June 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26