IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

UNITED STATES OF AMERICA,        )
                                 )
        v.                       )
                                 )        **ORDER**
WILLIAM TODD CHAMBERLAIN,         )
        Defendant.               )


To aid the court in preparing for the upcoming hearing in this matter, the court has reviewed excerpts of summary reports of interviews of co-defendants, Cleo Autry and Deric Harper, and alleged co-conspirators, Jeffrey Cook (5:14-CR-133-1H) and Barry Walls, Jr. (5:14-CR-134-1H). The court believes it needs to review these excerpts in context, and therefore believes it needs to review in camera the entire report of each interview. Therefore, the government is directed to file, by Wednesday August 15, 2018, the full summaries of the following interviews/debriefs/proffers:

- June 21, 2012 Interview with Jeffrey Cook (Reporting Agent SA Gannon)
- July 20, 2012 Interview with Barry Walls (Reporting Agent SA Sargenski)
- July 18, 2014 Deric Harper's Proffer (Reporting Agent SA Sargenski)
- November 13, 2014 Interview with Barry Walls (Reporting Agent SA Gannon)

In light of the unique nature of this case, if either party believes court review of this discovery to be improper, counsel

should file an objection by Monday, August 13, 2018, listing the specific legal bases for any such objection.  If no objection is filed by close of business on Monday, August 13, 2018, then counsel for the government shall file these unclassified documents by Wednesday, August 15, 2018.  If such specific objection is filed, then counsel for the government shall await ruling by the court before filing.

    This <u>8th</u> day of August 2018.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35