IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-2H

UNITED STATES OF AMERICA,       )
                                )
        v.                      )
                                )       **ORDER**
WILLIAM TODD CHAMBERLAIN,        )
        Defendant.              )


On August 28 and 29, 2018, this court held a classified hearing in this matter under Section 6(a) of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 § 6(a), to address the CIPA § 5(a) notice filed by the defendant [DE #310]. After hearing from the defendant and the government, the court took the matter under advisement.

Defendant shall file by October 5, 2018, a filing containing findings of fact and conclusions of law as to each item of classified information noticed in the § 5(a) Notice before the court [DE #310], and more specifically noted at the hearing, which defendant seeks to use at trial. Defendant shall take care to address the basis for admissibility of the classified information including relevance, helpfulness, and the balancing test of "the public interest in nondisclosure against the defendant's right to

prepare a defense." <u>United States v. Smith</u>, 780 F.2d 1102, 1107 (4th Cir. 1985).

    The government shall file a response by October 26, 2018.

This $\underline{30}$ $\overset{\cancel{PM}}{day}$ of August 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26