IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-128-2H2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )   <u>ORDER</u> |
| v. | ) |
| | ) |
| WILLIAM TODD CHAMBERLAIN | ) |

Upon motion of the United States of America and for good cause shown, it is hereby

ORDERED that the Government's Omnibus Response to Defendant's Notices to Correct the Record be sealed.

This 13th day of November, 2018.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

1