UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-128-H-2

UNITED STATES OF AMERICA

v.

WILLIAM TODD CHAMBERLAIN

ORDER

Before the Court is Defendant's motion to file Docket Entry Number 377 under seal pursuant to Local Criminal Rule 55.2.

The Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 377 shall be filed under seal.

SO ORDERED. This 13th day of November 2018.

Malcolm J. Howard
Senior United States District Judge