IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-128-2H2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )   ORDER |
| v. | ) |
| | ) |
| WILLIAM TODD CHAMBERLAIN | ) |

Upon motion of the United States of America and for good cause shown, it is hereby

ORDERED that the Government's Response to Defendant's Second Motion for Classification Review of Documents be sealed.

This 13th day of November, 2018.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

1