Filed with Classified Information Security Officer
CISO [signature]
Date 07/23/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-128-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | FILED WITH THE |
| v. ) | CLASSIFIED INFORMATION |
| ) | SECURITY OFFICER |
| ) | |
| WILLIAM TODD CHAMBERLAIN, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF THE COURT ON PENDING MOTIONS**

**[DE #207, #339, #342, #358, #375]**