Filed with Classified Information Security Officer
CISO _M. Guerrero Randall_
Date _07/23/2019_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-128-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) FILED WITH THE |
| v. | ) CLASSIFIED INFORMATION |
| | ) SECURITY OFFICER |
| | ) |
| WILLIAM TODD CHAMBERLAIN, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF THE COURT FOLLOWING CIPA § 6(a) HEARING**