IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-128-2H

UNITED STATES OF AMERICA,

v.

WILLIAM TODD CHAMBERLAIN,

Defendant.

**ORDER**

This matter is before the court on defendant's motion for early termination of his probation [DE #461]. The government has responded in opposition [DE #463].

Defendant was sentenced to three years' probation on July 7, 2020. Title 18 U.S.C. § 3564(c) provides, in pertinent part, that the court may terminate a term of probation "after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). Defendant has served only two months of the term of probation imposed on July 7, 2020. Therefore, finding no legal basis for defendant's motion, the motion is DENIED.

This 2nd day of September 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26